ISIDORE SLAVIN, Respondent, v. L. MICHEL PLUMBING & HEATING CORP., Appellant, et al., Defendants.— Action to recover damages for personal injuries

suffered by plaintiff, a painter, when, in descending a ladder, he knocked a washbowl from a pedestal standing in the center of a bathroom floor. Judgment reversed on the law and the facts, with costs, and the complaint dismissed on the law, with costs. The evidence fails to establish the exercise of reasonable care by the plaintiff or actionable negligence by the appellant. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.